# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| Rufina Herrera,<br><br>Plaintiff,<br><br>v.<br><br>99 Cents Only Stores LLC d/b/a 99 Cents Only Stores, a Foreign Limited-Liability Company; Does I through X, inclusive, and Roe Corporations I through X, inclusive,<br><br>Defendants. | Case No. 2:24-cv-00358-RFB-DJA<br><br>**Order** |

  Lew Brandon, Jr., Esq. and Ryan Venci, Esq., of the Brandon | Smerber Law Firm move to withdraw as counsel of record for Defendant 99 Cents Only Stores LLC. (ECF No. 13). Counsel explains that 99 Cents Only has filed for relief under Chapter 11 of the United States Bankruptcy Code and the Plan Administrator for 99 Cents Only's Chapter 11 plan has instructed counsel to take no further action in matters they are handling. The Court finds that counsel has met the requirements of Local Rule IA 11-6(b). Additionally, no party has opposed the motion, constituting their consent to the Court granting it under Local Rule 7-2(d). So, the Court grants counsel's motion. However, because it is a corporation, 99 Cents Only must retain counsel in this action. *See Reading Intern., Inc. v. Malulani Group, Ltd.*, 814 F.3d 1046, 1053 (9th Cir. 2016) (explaining that corporations must be represented by counsel).

  The Court also notes that the parties failed to file a joint status report on the most recent deadline, April 30, 2025, as previously ordered by the Honorable District Judge Richard F. Boulware, II. (ECF No. 11). For clarity, the Court orders a new deadline for the next joint status report. Because 99 Cents Only is a corporate litigant, 99 Cents Only must retain new counsel before filing the next joint status report. If 99 Cents Only cannot retain counsel before the joint

status report deadline, 99 Cents Only must include an explanation in the joint status report regarding its efforts to obtain counsel.

**IT IS THEREFORE ORDERED** that Lew Brandon, Jr., Esq. and Ryan Venci, Esq.'s motion to withdraw (ECF No. 13) is **granted.** The Clerk of Court is kindly directed to remove Lew Brandon, Jr., Esq. and Ryan Venci, Esq. as counsel of record and from the electronic service list for this case.

**IT IS FURTHER ORDERED** that the parties must file a joint status report updating the Court on the status of the bankruptcy proceedings on or before **December 5, 2025**. 99 Cents Only must either file this joint status report through counsel or update the Court within the report on 99 Cents Only's efforts to retain counsel.

**IT IS FURTHER ORDERED** that the Clerk of Court is kindly directed to place the address of 99 Cents Only's Chapter 11 Plan Administrator on the docket:

**99 Cents Only Stores, LLC**
c/o Dana Kane, Chief Compliance Officer
META Advisors LLC
Trustee for 99 Cents Only Stores, LLC
10100 Santa Monica Boulevard, 13th Floor
Los Angeles, CA 90067-4003

**IT IS FURTHER ORDERED** that the Clerk of Court is kindly directed to mail this order to 99 Cents Only Stores LLC through the address listed above.

DATED: June 3, 2025

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE